# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4429
_____

BONNIE CHRISTINE JACHNA,

Appellant,

v.

JAMES DAVIS,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis, III, Judge.

August 31, 2018


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Adriane M. Isenberg, Gainesville, for Appellant.

James Davis, pro se, Appellee.